IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| TROY HOLMES | : | NO. 08-495-1 |

<u>ORDER</u>

AND NOW, this 2nd day of July, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Troy Holmes for judgment of acquittal under Rule 29 of the Federal Rules of Criminal Procedure (Doc. No. 53) is DENIED.

BY THE COURT:

<u>/s/ Harvey Bartle III</u>
C.J.