IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :          CRIMINAL ACTION
                                  :
        v.                        :          NO. 08-495
                                  :
TROY HOLMES                       :

<u>ORDER</u>

And now, this 5th  day of August 2020, for the reasons
set forth in the foregoing Memorandum, it is hereby ORDERED
that the motion of defendant Troy Holmes for a reduction of
sentence under 18 U.S.C. § 3582(c)(1)(A) (Doc. # 131) is DENIED.


BY THE COURT:


/s/ Harvey Bartle III
_____
                                                          J.