IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :        CRIMINAL ACTION
                         :
          v.             :
                         :
TROY HOLMES             :        NO. 08-495

ORDER

And now, this 11th  day of April 2022, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the pro se motion and "amendment" of defendant Troy Holmes to reduce his sentence and grant compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (Docs. # 143 and #148) are DENIED.

BY THE COURT:

/s/ Harvey Bartle III

_____
                                           J.